UNITED STATES BANKRUPTCY COURT
DISCTRICT OF RHODE ISLAND

| IN RE: | **Michael Ponte** | ) | |
|---|---|---|---|
| | **Vivian Ponte** | ) | CASE NO. 10-112215 |
| | | ) | |
| | Debtor(s) | ) | |

## DEBTORS MOTION TO VOLUNTARILY DISMISS
## CHAPTER 13 PETITION

Now come the Debtors and hereby make this their Motion to Voluntarily Dismiss their Chapter 13 Petition. The Debtors are seeking a loan modification on their current first home mortgage.

Wherefore, the Debtors believe that a modification is in their best interest and respectfully request their Chapter 13 Petition be dismissed.

### Certificate of Service

This is to certify that a true and accurate copy of this Motion was served electronically on the parties below this 24th day of June, 2010.

/s/ Stephen P. Levesque
Attorney for Debtor:
**Stephen P. Levesque 5742**
160 Burnside Street
Cranston, RI 02910
Phone (401) 490-4900
Fax (401) 490-4901

**Gary L. Donahue, Esq.**
gary.l.donahue@usdoj.gov

**John Boyajian, Esq.**
dana@bhrlaw.com

Within fourteen (14) days after service has evidenced by the certification hereto and an additional three (3) days pursuant to Fed R. Bank. P. 9006(f), if you were served by mail and any party against whom this paper has been served, or any other party to the action who objects to the relief sought therein, shall serve and file an objection or other appropriate response to this paper with United States Bankruptcy Court, Clerks Office, 380 Westminster Street, Providence, RI 02903 (401-626-3100) (with a copy being served upon the above signed attorney). If no objection or other response is timely filed within the time prescribed herein, the pleading will be deemed unopposed and will be granted, unless (1) the requested relief is prohibited by law; or (2) the requested relief is against public policy; or (3) in the opinion of the Court the interest of justice requires sua sponte denial of the unopposed Motion.